UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61540-CIV-COHN/SELTZER

NATIONAL CASUALTY COMPANY,

    Plaintiff,

vs.

IMPERIAL TRANSPORTATION P.B.C., INC.,
LAURA GREEN, as Personal Representative
of the Estate of Audrey Green, deceased,
and AMERICAN AIRLINES, INC.,

    Defendants.
_____/

## FINAL DEFAULT DECLARATORY JUDGMENT AGAINST DEFENDANT IMPERIAL TRANSPORTATION P.B.C., INC.

**THIS CAUSE** is before the Court upon Plaintiff National Casualty Company's Motion for Final Default Judgment Against Defendant Imperial Transportation P.B.C., Inc. [DE 32], the Court having carefully considered the motion, Complaint [DE 1], return of executed service upon the defendant [DE 11], the Clerk's entry of default against Defendant [DE 28], and the failure of Defendant Imperial to timely respond to the instant motion by the deadline of February 6, 2012.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff National Casualty Company's Motion for Final Default Judgment Against Defendant Imperial Transportation P.B.C., Inc. [DE 32] is hereby **GRANTED**;

2. All of the facts and allegations in the Complaint for Declaratory Judgment are admitted by Defendant Imperial;

3. The insurance policy with Certificate Number CAOL014591 ("the Policy") issued by National Casualty to Imperial provides no coverage for a February 24, 2010 automobile accident involving Audrey Green, while she was a passenger in the

   vehicle driven by Dominique Estermine;

4. National Casualty has no defense or indemnity obligation to Imperial under the Policy in connection with the claims and damages asserted against Imperial in a lawsuit filed by Laura Green, as Personal Representative of the Estate of Audrey Green styled, *Laura Green, as Personal Representative of the Estate of Audrey Green, deceased v. American Airlines, Inc. and Imperial Transportation P.B.C., Inc.*, Case No 11001942 in th Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida ("the Underlying Lawsuit");

5. National Casualty does not have an indemnity obligation to Imperial under the Policy for any judgment rendered against Imperial in the Underlying Lawsuit.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of February, 2012.

   _____
   JAMES I. COHN
   United States District Judge

copies to:

counsel listed on CM/ECF

Imperial Transportation P.B.C., Inc.
c/o Kyle Smith, Vice President
3114  45th Street, #10
West Palm Beach, FL 33407